| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Owen, Priscilla R. | Fifth Circuit Court of Appeals | 05/14/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Homer Thornberry Judicial Bldg<br>903 San Jacinto Blvd., Rm 434<br>Austin, Texas 78701 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Texas Hearing and Service Dogs |
| 2. Advisory Board Member | Federalist Society, Austin Chapter |
| 3. Advisory Board Member | Federalist Society, Houston Chapter |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | State of Texas Employee Retirement System, Judicial Retirement Plan System II; age 65, 50% of state salary paid TX Supreme Court justice or 40% at 60 |
| 2. 2008 | State of Texas TexasSaver 401K Plan; contributions may reamain in this plan or can roll over to an IRA or qualified 401K |
| 3. | |

RECEIVED 2009 MAY 15 A 11: 34 FINANCIAL DISCLOSURE OFFICE

Owen_Priscillia_R

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | United States Department of Agriculture - Direct and Counter Cyclical Program | $269.00 |
| 2. 9/29/2008 | Security Litigation Proceeds from Janus Fair Fund Admin.--for Janus Worldwide | $55.75 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Headliners Club | Honorary Membership (dues), Austin, Texas | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Federated Prime Obligation | A | Dividend | J | T | Redeemed (part) | 9/5 | J | | |
| 2. | | | | | Redeemed (part) | 9/16 | J | | |
| 3. | | | | | Redeemed (part) | 10/16 | J | | |
| 4. | | | | | Redeemed (part) | 11/18 | J | | |
| 5. | | | | | Buy | 8/29 | J | | |
| 6. | | | | | Buy (add'l) | 9/4 | J | | |
| 7. | | | | | Buy (add'l) | 9/5 | J | | |
| 8. | | | | | Buy (add'l) | 9/29 | J | | |
| 9. | | | | | Buy (add'l) | 10/3 | J | | |
| 10. | | | | | Buy (add'l) | 11/5 | J | | |
| 11. | | | | | Buy (add'l) | 12/3 | J | | |
| 12. | | | | | Buy (add'l) | 12/16 | J | | |
| 13. | | | | | Buy (add'l) | 12/30 | J | | |
| 14. Federated Treasury Obligation NS Fund | A | Dividend | | | Redeemed (part) | 1/16 | J | | |
| 15. | | | | | Redeemed (part) | 2/19 | J | | |
| 16. | | | | | Redeemed (part) | 3/20 | J | | |
| 17. | | | | | Redeemed (part) | 4/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 5/16 | J | | |
| 19. | | | | | Redeemed (part) | 6/17 | J | | |
| 20. | | | | | Redeemed (part) | 7/16 | J | | |
| 21. | | | | | Redeemed (part) | 7/25 | J | | |
| 22. | | | | | Redeemed (part) | 8/19 | J | | |
| 23. | | | | | Redeemed | 8/29 | J | | |
| 24. | | | | | Buy (add'l) | 1/4 | J | | |
| 25. | | | | | Buy (add'l) | 2/5 | J | | |
| 26. | | | | | Buy (add'l) | 3/5 | J | | |
| 27. | | | | | Buy (add'l) | 3/31 | J | | |
| 28. | | | | | Buy (add'l) | 4/3 | J | | |
| 29. | | | | | Buy (add'l) | 5/5 | J | | |
| 30. | | | | | Buy (add'l) | 6/4 | J | | |
| 31. | | | | | Buy (add'l) | 6/30 | J | | |
| 32. | | | | | Buy (add'l) | 7/3 | J | | |
| 33. | | | | | Buy (add'l) | 8/8 | J | | |
| 34. T Rowe Price Mid-Cap Growth Fund | A | Distribution | J | T | Sold (part) | 8/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Vanguard Index 500 Fund | A | Dividend | J | T | Sold (part) | 8/8 | J | | |
| 36.  1/8 interest, surface, ███ Matagorda County, Texas | B | Rent | L | W | | | | | |
| 37.  1/12 mineral interest, ███, Matagorda County, Texas | | None | J | W | | | | | |
| 38.  1/4 surface interest in ███, Matagorda County, Texas | A | Rent | K | W | | | | | |
| 39.  mineral interest, ███, Matagorda County TX (Brigham) | B | Rent | J | W | | | | | |
| 40.  ███ land, Matagorda County, Texas | A | Rent | J | W | | | | | |
| 41.  net royalty .0040779 (Apache), Matagorda County, Texas | | None | J | W | | | | | |
| 42.  net royalty .0016627 (Unit) Matagorda County, Texas | | None | J | W | | | | | |
| 43.  7/24 mineral int. (Holliman), ███, Matagorda Cty, TX | | None | J | W | | | | | |
| 44.  royalty or mineral interests in Matagorda, Brazoria, Cts.,TX | | None | J | W | | | | | |
| 45.  cash, Community Bank & Trust | A | Interest | J | T | | | | | |
| 46.  cash, Chase checking | A | Interest | J | T | | | | | |
| 47.  cash, Chase money market | A | Interest | J | T | | | | | |
| 48.  Federated Prime Obligation (IRA) | A | Dividend | M | T | | | | | |
| 49. | | | | | Redeemed (part) | 9/16 | J | | |
| 50. | | | | | Redeemed (part) | 10/16 | J | | |
| 51. | | | | | Redeemed (part) | 11/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed (part) | 12/9 | J | | |
| 53. | | | | | Redeemed (part) | 12/16 | J | | |
| 54. | | | | | Redeemed (part) | 12/30 | J | | |
| 55. | | | | | Buy (add'l) | 8/28 | K | | |
| 56. | | | | | Buy (add'l) | 8/28 | J | | |
| 57. | | | | | Buy (add'l) | 9/4 | J | | |
| 58. | | | | | Buy (add'l) | 9/25 | J | | |
| 59. | | | | | Buy (add'l) | 9/29 | J | | |
| 60. | | | | | Buy (add'l) | 9/30 | M | | |
| 61. | | | | | Buy (add'l) | 9/30 | J | | |
| 62. | | | | | Buy (add'l) | 10/3 | J | | |
| 63. | | | | | Buy (add'l) | 11/5 | J | | |
| 64. | | | | | Buy (add'l) | 11/5 | J | | |
| 65. | | | | | Buy (add'l) | 12/3 | J | | |
| 66. | | | | | Buy (add'l) | 12/3 | J | | |
| 67. | | | | | Buy (add'l) | 12/4 | J | | |
| 68. | | | | | Buy (add'l) | 12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. - | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/19 | J | | |
| 70. | | | | | Buy (add'l) | 12/22 | J | | |
| 71. | | | | | Buy (add'l) | 12/23 | J | | |
| 72. | | | | | Buy (add'l) | 12/23 | J | | |
| 73. | | | | | Buy (add'l) | 12/26 | J | | |
| 74. | | | | | Buy (add'l) | 12/26 | J | | |
| 75. | | | | | Buy (add'l) | 12/30 | J | | |
| 76. Federated Treasury Obligations NS Fund-Inc (IRA) | A | Dividend | | | Redeemed (part) | 1/16 | J | | |
| 77. | | | | | Redeemed (part) | 1/31 | J | | |
| 78. | | | | | Redeemed (part) | 2/8 | J | | |
| 79. | | | | | Redeemed (part) | 2/12 | J | | |
| 80. | | | | | Redeemed (part) | 2/19 | J | | |
| 81. | | | | | Redeemed (part) | 3/17 | J | | |
| 82. | | | | | Redeemed (part) | 3/20 | J | | |
| 83. | | | | | Redeemed (part) | 4/16 | J | | |
| 84. | | | | | Redeemed (part) | 5/16 | J | | |
| 85. | | | | | Redeemed (part) | 6/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Redeemed (part) | 7/16 | J | | |
| 87. | | | | | Redeemed (part) | 8/19 | J | | |
| 88. | | | | | Redeemed | 8/28 | K | | |
| 89. | | | | | Buy (add'l) | 1/2 | J | | |
| 90. | | | | | Buy (add'l) | 1/3 | J | | |
| 91. | | | | | Buy (add'l) | 1/4 | J | | |
| 92. | | | | | Buy (add'l) | 1/7 | J | | |
| 93. | | | | | Buy (add'l) | 1/29 | J | | |
| 94. | | | | | Buy (add'l) | 2/4 | J | | |
| 95. | | | | | Buy (add'l) | 2/5 | J | | |
| 96. | | | | | Buy (add'l) | 2/15 | J | | |
| 97. | | | | | Buy (add'l) | 3/5 | J | | |
| 98. | | | | | Buy (add'l) | 3/26 | J | | |
| 99. | | | | | Buy (add'l) | 3/27 | J | | |
| 100. | | | | | Buy (add'l) | 3/31 | J | | |
| 101. | | | | | Buy (add'l) | 4/3 | J | | |
| 102. | | | | | Buy (add'l) | 5/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 6/4 | J | | |
| 104. | | | | | Buy (add'l) | 6/20 | J | | |
| 105. | | | | | Buy (add'l) | 6/25 | J | | |
| 106. | | | | | Buy (add'l) | 6/30 | J | | |
| 107. | | | | | Buy (add'l) | 7/3 | J | | |
| 108. | | | | | Buy (add'l) | 7/23 | J | | |
| 109. | | | | | Buy (add'l) | 7/31 | J | | |
| 110. | | | | | Buy (add'l) | 8/5 | J | | |
| 111. Federated Treasury Obligations NS Fund-Prinnc (IRA) | A | Dividend | | | Redeemed (part) | 1/22 | K | | |
| 112. | | | | | Redeemed (part) | 1/29 | K | | |
| 113. | | | | | Redeemed (part) | 2/8 | J | | |
| 114. | | | | | Redeemed (part) | 2/21 | J | | |
| 115. | | | | | Redeemed (part) | 3/13 | J | | |
| 116. | | | | | Redeemed (part) | 4/15 | J | | |
| 117. | | | | | Redeemed | 8/28 | J | | |
| 118. | | | | | Buy (add'l) | 1/2 | J | | |
| 119. | | | | | Buy (add'l) | 1/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 2/4 | J | | |
| 121. | | | | | Buy (add'l) | 2/15 | J | | |
| 122. | | | | | Buy (add'l) | 2/20 | J | | |
| 123. | | | | | Buy (add'l) | 2/22 | J | | |
| 124. | | | | | Buy (add'l) | 3/26 | J | | |
| 125. | | | | | Buy (add'l) | 3/31 | J | | |
| 126. LKCM Small Cap Equity Fund (IRA) | | None | L | T | Sold (part) | 11/5 | J | | |
| 127. | A | Distribution | | | Buy (add'l) | 1/29 | K | | |
| 128. T Rowe Price Blue Chip Growth Fund (IRA) | | None | | | Sold | 9/30 | L | D | |
| 129. T Rowe Price Mid-Cap Growth Fund (IRA) | C | Distribution | K | T | | | | | |
| 130. Vanguard Growth & Income Fund (IRA) | A | Dividend | | | Sold | 9/30 | K | | |
| 131. Vanguard Index 500 Fund (IRA) | C | Dividend | L | T | | | | | |
| 132. Fidelity U.S. Bond Index Fund (401K) | | None | | | Closed | 1/24 | | | |
| 133. Federal Nat'l Mortgage Assn'n MTN Note 4.1% (IRA) 8/10/09 | A | Interest | | | Sold | 2/4 | J | A | |
| 134. Federal Home Loan MRT Corp 3.25% ste' pup 4.5% 3/26/10 (IRA) | A | Interest | | | Sold | 3/26 | J | A | |
| 135. Federal Home LN BKS DEB 4.5% 12/19/11 (IRA) | A | Interest | | | Sold | 12/19 | J | | |
| 136. Federal Farm Cr BKS Cons Deb 5.05% 12/27/12 (IRA) | A | Interest | | | Sold | 2/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard Total Stock Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 138. Oakmark I Fund (IRA) | | None | | | Sold (part) | 2/19 | J | | |
| 139. | | | | | Sold (part) | 2/19 | J | | |
| 140. | | | | | Sold (part) | 2/19 | J | | |
| 141. | | | | | Sold (part) | 2/19 | J | | |
| 142. | | | | | Sold (part) | 2/20 | J | | |
| 143. | | | | | Sold | 2/22 | K | | |
| 144. Federal Farm CR BKS CONS DEB 3.7% 8/04/08 (IRA) | A | Interest | | | Sold | 1/29 | J | A | |
| 145. Dodge & Cox International (IRA) | D | Dividend | L | T | Sold (part) | 11/5 | J | | |
| 146. | D | Distribution | | | Buy (add'l) | 1/29 | J | | |
| 147. | | | | | purchase | 12/07 | J | | |
| 148. Federal Home LN MTG Corp MTN NOTE 5.0% 1/30/14 (IRA) | A | Interest | J | T | | | | | |
| 149. Federal Home LN MTG Corp MTNF 4.32% 12/03/10 (IRA) | A | Interest | | | Sold | 12/3 | J | | |
| 150. | | | | | Buy | 2/8 | J | | |
| 151. Federal Farm CR BKS Global DEB 2.84% 12/9/10 (IRA) | | None | J | T | Buy | 12/9 | J | | |
| 152. Federal Farm CR BKS Global DEB 2.375% 12/30/11 (IRA) | | None | J | T | Buy | 12/30 | J | | |
| 153. FED Home LN Bank 3.95% 3/13/12 (IRA) | A | Interest | J | T | Buy | 3/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets; or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Federal Home LN MTG Corp MTNF 4.35% 1/22/13 (IRA) | A | Interest | K | T | Buy | 1/22 | K | | |
| 155. Vanguard Strategic Equity (IRA) | A | Dividend | J | T | Sold (part) | 11/5 | J | | |
| 156. | | | | | Buy | 1/29 | K | | |
| 157. Dodge & Cox STK FD Com (IRA) | B | Distribution | | | Sold | 9/30 | K | | |
| 158. | A | Dividend | | | Buy | 2/19 | J | | |
| 159. | | | | | Buy (add'l) | 2/19 | J | | |
| 160. | | | | | Buy (add'l) | 2/19 | J | | |
| 161. | | | | | Buy (add'l) | 2/19 | J | | |
| 162. | | | | | Buy (add'l) | 2/21 | J | | |
| 163. | | | | | Buy (add'l) | 2/22 | K | | |
| 164. Federal Home Loan Banks DEB 3.05% 10/15/10 (IRA) | A | Interest | | | Sold | 12/23 | J | | |
| 165. | | | | | Buy | 4/15 | J | | |
| 166. National Covenant Properties -- CD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Pertaining to Part II, Agreements and Part VII., Investments and Trusts

The fees for administering the funds in my former TexasSaver 401(K) Plan exceeded the investment. The balance as of December 31, 2007 was $0.10, and the fees in 2008 exceeded this amount. The investment had been in Fidelity U.S. Bond Index Fund. The accounnt was closed, due to disappation of funds, on January 24, 2009.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544